IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAWN GAMBILL                                                                    PLAINTIFF

v.                              No. 3:15-cv-71-DPM

UNITED OF OMAHA LIFE INSURANCE
COMPANY and OPTUS, INC.                                                  DEFENDANTS

## JUDGMENT

This case is dismissed with prejudice pursuant to the parties' stipulation.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2015